# ALABAMA COURT OF CRIMINAL APPEALS



May 17, 2024

**CR-2023-0836**
Jerod Barkley v. State of Alabama (Appeal from Etowah Circuit Court: CC-10-846.71)

## NOTICE

You are hereby notified that on May 17, 2024, the following action was taken in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk